# Exhibit A

**Entered on Docket
November 14, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: November 14, 2014**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case<br>) No. 11-31376DM |
| HOWREY LLP, | ) |
| Debtor. | ) Chapter 11 |
| ALLAN B. DIAMOND, Chapter 11<br>Trustee for Howrey LLP, | ) Adversary Proceeding<br>) No. 13-3093DM |
| Plaintiff, | ) |
| v. | ) |
| JONES DAY LLP, | ) |
| Defendant. | ) |

CERTIFICATION FOR DIRECT APPEAL TO COURT OF APPEALS

Pursuant to 28 U.S.C. § 158(d)(2) the court, acting on its own motion, certifies for direct appeal to the United States Court of Appeals for the Ninth Circuit, the Order Granting In Part And Denying In Part Defendant's Motion To Dismiss filed herein on September 28, 2014, and entered on the docket on September 29, 2014 (Dkt. No. 50).

As required by Fed. R. Bankr. P. 8001(f)(4)(A), this Certification is accompanied by the Court's Memorandum Regarding Certification For Direct Appeal To Court Of Appeals containing the

1 | information required by Fed. R. Bankr. P. 8001(f)(3)(C)(i)-(iv).
2 | **END OF CERTIFICATION**