1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    HOGAN LOVELLS US LLP,                    Case Nos.  14-cv-04882-JD
                                                         14-cv-04883-JD
             Appellant,                                  14-cv-04884-JD
8                                                        14-cv-04885-JD
         v.                                              14-cv-04886-JD
9                                                        14-cv-04887-JD
     HOWREY LLP,                                         14-cv-04888-JD
10                                                       14-cv-04889-JD
             Appellee.
11
     PILLSBURY WINTHROP SHAW                 **JUDGMENT**
12   PITTMAN LLP,
13           Appellant,
14       v.
15   HOWREY LLP,
16           Appellee.
     SEYFARTH SHAW LLP,
17
             Appellant,
18
         v.
19
     HOWREY LLP,
20
             Appellee.
21
22
23
24
25
26
27
28

PERKINS COIE LLP,

        Appellant,

    v.

HOWREY LLP,

        Appellee.

NEAL, GERBER & EISENBERG LLP,

        Appellant,

    v.

HOWREY LLP,

        Appellee.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP,

        Appellant,

    v.

HOWREY LLP,

        Appellee.

SHEPPARD MULLIN RICHTER & HAMPTON LLP,

        Appellant,

    v.

HOWREY LLP,

        Appellee.

JONES DAY,

        Appellant,

    v.

HOWREY LLP,

        Appellee.

1     Pursuant to the Court's June 3, 2015, order, judgment is entered in favor of appellants and
2 against the appellee.

3     **IT IS SO ORDERED.**

4 Dated: June 3, 2015

*Lisa R. Clark*
Richard W. Wieking, Clerk

By: Lisa R. Clark, Deputy Clerk