**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLAN B. DIAMOND, Chapter 7 Trustee of the Estate of Howrey LLP,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>HOGAN LOVELLS US LLP,<br><br>    Defendant - Appellee. | No. 15-16326<br><br>D.C. No. 3:14-cv-04882-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| ALLAN B. DIAMOND, Chapter 7 Trustee of the Estate of Howrey LLP,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP,<br><br>    Defendant - Appellee. | No. 15-16327<br><br>D.C. No. 3:14-cv-04883-JD<br>Northern District of California,<br>San Francisco |
| ALLAN B. DIAMOND, Chapter 7 Trustee of the Estate of Howrey LLP,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>SEYFARTH SHAW LLP,<br><br>    Defendant - Appellee. | No. 15-16328<br><br>D.C. No. 3:14-cv-04884-JD<br>Northern District of California,<br>San Francisco |

Tah/12.14.15/Pro Mo

| | |
|---|---|
| ALLAN B. DIAMOND, Chapter 7 Trustee of the Estate of Howrey LLP, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> PERKINS COIE LLP, <br><br> Defendant - Appellee. | No. 15-16329 <br><br> D.C. No. 3:14-cv-04885-JD <br> Northern District of California, <br> San Francisco |
| ALLAN B. DIAMOND, Chapter 7 Trustee of the Estate of Howrey LLP, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NEAL, GERBER & EISENBERG LLP, <br><br> Defendant - Appellee. | No. 15-16330 <br><br> D.C. No. 3:14-cv-04886-JD <br> Northern District of California, <br> San Francisco |
| ALLAN B. DIAMOND, Chapter 7 Trustee of the Estate of Howrey LLP, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, <br><br> Defendant - Appellee. | No. 15-16331 <br><br> D.C. No. 3:14-cv-04887-JD <br> Northern District of California, <br> San Francisco |

| | |
|---|---|
| ALLAN B. DIAMOND, Chapter 7 Trustee of the Estate of Howrey LLP,<br><br>   Plaintiff - Appellant,<br>v.<br><br>SHEPPARD MULLIN RICHTER & HAMPTON LLP,<br><br>   Defendant - Appellee. | No. 15-16332<br><br>D.C. No. 3:14-cv-04888-JD<br>Northern District of California,<br>San Francisco |
| ALLAN B. DIAMOND, Chapter 7 Trustee of the Estate of Howrey LLP,<br><br>   Plaintiff - Appellant,<br>v.<br><br>JONES DAY,<br><br>   Defendant - Appellee. | No. 15-16333<br><br>D.C. No. 3:14-cv-04889-JD<br>Northern District of California,<br>San Francisco |

Before: Peter L. Shaw, Appellate Commissioner

  The appellant's unopposed motion for substitution of party is granted. The Clerk shall amend court records to reflect that the plaintiff-appellant is Allan B. Diamond, Chapter 7 Trustee of the Estate of Howrey LLP. Fed. R. App. P. 43.